```
            IN THE UNITED STATES DISTRICT COURT
         FOR THE WESTERN DISTRICT OF PENNSYLVANIA


CHRISSY LANDMAN,                   )
                                   )
           Plaintiff,              )
                                   )     Civil Action No. 03-1362
      v.                           )     Judge Joy Flowers Conti/
                                   )     Magistrate Judge Sensenich
ADECCO; and SONY ELECTRONICS       )     Re: Doc Nos. 27, 31
INC.,                              )
                                   )
           Defendants              )
```

<u>MEMORANDUM ORDER</u>

On September 19, 2003, this case was referred to United States Magistrate Judge Ila Jeanne Sensenich for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C. §§ 636(b)(1)(A) and (B), and Rules 71.1.3 and 72.1.4 of the Local Rules for Magistrates.

The magistrate judge's report and recommendation, filed on June 28, 2005, recommended that the motions for summary judgment filed by Defendants Adecco and Sony Electronics, Inc. be granted as to Plaintiff's claims for hostile work environment and quid pro quo sexual harassment under Title VII of the Civil Rights Act of 1964 and the Pennsylvania Human Relations Act. It further recommended that the motions for summary judgment filed by Defendants Adecco and Sony Electronics, Inc. be denied as to Plaintiff's claim for retaliation. The parties were allowed ten (10) days from the date of service to file objections. They were allowed until August 3, 2005 to file responses to objections and

until August 24, 2005 to file replies.  Service was made on all parties.  Objections to the report and recommendation were filed by the parties on July 13, 2005 and the parties filed responses to the objections on August 3, 2005.  After de novo review of the pleadings and documents in the case, together with the report and recommendation and objections and responses thereto, the following order is entered:

AND NOW, this <u>28th</u> day of September, 2005;

IT IS HEREBY ORDERED that the motions for summary judgment filed by Defendants Adecco and Sony Electronics, Inc. are granted as to Plaintiff's claims for hostile work environment and quid pro quo sexual harassment under Title VII of the Civil Rights Act of 1964 and the Pennsylvania Human Relations Act.

IT IS FURTHER ORDERED that the motions for summary judgment filed by Defendants Adecco and Sony Electronics, Inc. are denied as to Plaintiff's claim for retaliation.

The report and recommendation of Magistrate Judge Sensenich, dated June 28, 2005, is adopted as the opinion of the court.

<u>/s/ Joy Flowers Conti</u>
Joy Flowers Conti
United States District Judge

Notice sent electronically or via U.S. mail to:

Ila Jeanne Sensenich
U.S. Magistrate Judge

2

Gregory T. Kunkel, Esq.
Kunkel & Fink
1208 Allegheny Building
429 Forbes Avenue
Pittsburgh, PA  15219

Barry L. Cohen, Esq.
Thorp, Reed & Armstrong
One Commerce Square, Suite 2430
2005 Market Street
Philadelphia, PA  19103

David J. McAllister, Esq.
Catherine S. Ryan, Esq.
Reed Smith
435 Sixth Avenue
Pittsburgh, PA  15219-1886